UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff　　　　　)<br>　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　)<br>Juan Jose Rivera, et al　)<br>　　　　　Defendant(s)　　　)<br>　　　　　　　　　　　　　　) | CRIMINAL NO. 08MJ1132<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

　　On order of the United States District/Magistrate Judge, **Barbara Lynn Major**

　　IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

**Maribel Salazar-Mendoza**

DATED: 4/17/08

　　　　　　　　　　　　　　　　　　　Barbara Lynn Major

　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____　　　　　　　　　　　OR
　　　　　　DUSM

　　　　　　　　　　　　　　　W. SAMUEL HAMRICK, JR.　Clerk
　　　　　　　　　　　　　　　　　　by
　　　　　　　　　　　　　　　　　　　Deputy Clerk

CLERK'S OFFICE COPY　　　　　　　　　　　　☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95