1    KAREN P. HEWITT
     United States Attorney
2    CARLOS O. CANTU
     Special Assistant United States Attorney
3    Government Attorney
     United States Attorney's Office
4    880 Front Street, Room 6293
     San Diego, California 92101-8893
5    Telephone: (619) 557-5766
     Facsimile:  (619) 235-2757
6    Email: carlos.cantu@usdoj.gov
     Attorneys for Plaintiff
7    United States of America

8

9

10                          UNITED STATES DISTRICT COURT

11                        SOUTHERN DISTRICT OF CALIFORNIA

12   UNITED STATES OF AMERICA,           )    Case No. 08cr1298-H
                                         )
13                       Plaintiff,      )
                                         )    **NOTICE OF APPEARANCE**
14              v.                       )
                                         )
15   JUAN JOSE RIVERA,                   )
            aka Pedro Garcia-Martinez    )
16                                       )
                       Defendant.        )
17   _____)

18

19   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

20        I, the undersigned attorney, enter my appearance as counsel for the United States in the above-

21   captioned case.  I certify that I am admitted to practice in this court or authorized to practice under

     CivLR 83.3.c.3-4.
22
          The following government attorneys (who are admitted to practice in this court or authorized
23
     to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead
24
     counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to
25
     activity in this case:
26
          Name
27
          Carlos O. Cantu
28

1    Effective this date, the following attorneys are no longer associated with this case and should

2    not receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5    Name

6    None

7    Please call me at the above-listed number if you have any questions about this notice.

8    DATED: June 3, 2008
                                        Respectfully submitted,
9
                                        KAREN P. HEWITT
10                                      United States Attorney

11                                      /s/ *Carlos O. Cantu*

12                                      Carlos O. Cantu
                                        Special Assistant United States Attorney
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Notice of Appearance
28   United States v. Juan Jose Rivera          2                    08cr1298-H

1

UNITED STATES DISTRICT COURT

2

SOUTHERN DISTRICT OF CALIFORNIA

3

4        UNITED STATES OF AMERICA,              )        Case No. 08 CR 1298 H
                                                )
5                Plaintiff,                      )
                                                )
6             v.                                 )
                                                )        **CERTIFICATE OF SERVICE**
7        JUAN JOSE RIVERA,                       )
                 aka Pedro Garcia-Martinez,      )
8                                                )
                 Defendant.                      )
9        _____       )

10       IT IS HEREBY CERTIFIED THAT:

11           I, Carlos O. Cantu, am a citizen of the United States and am at least eighteen years of age.  My

12       business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

13           I am not a party to the above-entitled action.  I have caused service of the Notice of

14       Appearance as lead counsel for the United States, dated June 3, 2008, and this Certificate of

15       Service, dated June 3, 2008, on the following parties by electronically filing the foregoing with the

16       Clerk of the District Court using its ECF System, which electronically notifies them:

17
         **Roseline D. Feral**
18       *Attorney for defendant*

19
         I declare under penalty of perjury that the foregoing is true and correct.
20

21       Executed on June 3, 2008.

22

23           /s/ *Carlos O. Cantu*

24           Carlos O. Cantu
             Special Assistant United States Attorney
25

26

27

28       Notice of Appearance
         United States v. Juan Jose Rivera            3                    08cr1298-H