**ROSELINE D. FERAL**
*Attorney at Law*
State Bar No.128788
444 West "C" Street
Suite310
San Diego, California 92101
Telephone: (619) 232-1010
Facsimile: (619) 231-2505

Attorney for Defendant
**JUAN LOSE RIVERA**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. MARILYN L. HUFF)

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>        vs.<br><br>JUAN JOSE RIVERA,<br>                Defendant. | Case No.: 08CR1298-H<br><br>**JOINT MOTION TO CONTINUE SENTENCING  AND ORDER** |

**TO: PLAINTIFF, UNITED STATES OF AMERICA, AND ITS ATTORNEY OF RECORD, UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF CALIFORNIA:**

It is hereby stipulated between the government, by and through its counsel, CARLOS CANTU, and defense counsel, ROSELINE D. FERAL, that the hearing date on defendants' probation hearing and sentencing presently set for Auguat 25, 2008,  at 9:00 a.m. be continued to December 15, 2008  at 9:00 a.m.

///

///

///

1   Dated: August 11, 2008                    _s/ Roseline D. Feral_
                                              ROSELINE D. FERAL
2                                             Attorney for JUAN JOSE RIVERA

3
    Dated: August 11, 2008                     _S/ Carlos Cantu_
4                                             Assistant United States Attorney

5

6

7                                **ORDER**

8        GOOD CAUSE appearing, it is ordered that the probation hearing and sentencing date

9   currently set for August 25, 2008, at 9:00 a.m. be continued to December 15, 2008, at 9:00 a.m.

10

11  Dated:_____

12                                            Marilyn L. Huff
                                              United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28