ROSELINE D. FERAL
*Attorney at Law*
State Bar Number 128788
444 West C Street, Suite 310
San Diego, California 92101
Telephone: (619) 232-1010
Facsimile: (619) 231-2505

Attorney for JUAN JOSE RIVERA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR1298-H |
| Plaintiff, | Date: 8/25/08<br>Time: 9:00 A.M. |
| v. | ACKNOWLEDGMENT OF COURT DATE CHANGE |
| JUAN JOSE RIVERA, | |
| Defendant. | |

I, , hereby acknowledge that I have received notice of the change in my court appearance from August 25, 2008, at 9:00 a.m. to December 15, 2008, at 9:00 a.m. I have no objection to this change.

DATED: 08/12/08

Juan Jose Rivera
Defendant

Case 3:08-cr-01298-H   Document 26-2   Filed 08/12/2008   Page 1 of 1