**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(HON. MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  vs.<br><br>**JUAN JOSE RIVERA**,<br><br>    Defendant. | Case No.: 08CR1298-H<br><br>**ORDER CONTINUING**<br>**SENTENCING DATE** |

**IT IS HEREBY ORDERED** that the sentencing hearing scheduled for August 25, 2008 at 9:00 a.m. be continued to **December 15, 2008 at 9:00 a.m.** The Court finds that there is excludable time under the Speedy Trial Act. The Defendant is currently on bond and has filed an Acknowledgment of Next Court Date.

**SO ORDERED.**

Dated: August 13, 2008

Marilyn L. Huff, District Judge
United States District Court